693 A.2d 581

In the Matter of Jeffrey A. CONNELLY.

No. 769 Disciplinary Docket No. 2—Supreme Court.

Supreme Court of Pennsylvania.

March 13, 1997.

## *ORDER*

PER CURIAM:

AND NOW, this 13th day of March, 1997, upon consideration of the Report and Recommendations of the Disciplinary Board of the Supreme Court of Pennsylvania dated January 31, 1997, the Petition for Reinstatement is granted.

Pursuant to Rule 218(e), Pa.R.D.E., petitioner is directed to pay the expenses incurred by the Board in the investigation and processing of the Petition for Reinstatement.